

DANIEL D. ADAMS
230 NORTH ELM STREET, SUITE 2000
GREENSBORO, NORTH CAROLINA 27401

T 336-271-3109
F 336-232-9109
DADAMS@BROOKSPIERCE.COM

July 29, 2022

**VIA ECF**

The Honorable Edgardo Ramos, United States District Court Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 619
New York, NY 10007

    Re:    <u>Veronica Maddy  v. Saf-Gard Safety Shoe Co. (Docket No. 1:22-CV-3540)</u>

Dear Judge Ramos:

    This firm represents defendant Saf-Gard Safety Shoe Co. ("Defendant") in the above-referenced action. I write on Defendant's behalf to notify the Court that the parties have reached a resolution in this matter. Pursuant to the parties' settlement agreement, Defendant expects Plaintiff to dismiss the case with prejudice in a matter of days. We provide the notice of resolution today because, were it not for the resolution or barring further extension, Defendants' deadline to answer or otherwise respond would have been today. We appreciate your consideration of the matter and are glad to have reached a resolution acceptable to all parties.

    Respectfully submitted,

    <u>/s/ Daniel Adams          </u>
    Daniel Adams

CC: Mars Khaimov, Esq.

4880-8744-5804.v1